## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.  23-mj-08064-ADM |
| DOMINIC ANDERSON, | |
| Defendant. | |

### CRIMINAL COMPLAINT

I, Jason Pizza, the complainant in this case, being duly sworn state the following is true and correct to the best of my knowledge and belief, establishes probable cause that the following offense has been committed.

### COUNT ONE

On or about April 7, 2023, in the District of Kansas, the defendant,

### DOMINIC ANDERSON,

knowingly escaped from Geo Reentry Inc., a Residential Reentry Office in Kansas City, Kansas, an institutional facility where he was lawfully confined at the direction of the Attorney General by virtue of an order of the United States District Court for the Western District of Missouri, Case Number 4:18-CR-00176-DGK, upon conviction for Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Section 751(a) - Escape from Custody.

### STATEMENT OF FACTS

1

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other agents and agencies.

1.      I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the District of Kansas, Kansas City office. I have served as a DUSM since June 23, 2016.  I am a commissioned federal law enforcement officer.  I have successfully completed the integrated Criminal Investigator Training Program and Basic Deputy United States Marshal program at the Federal Law Enforcement Training Center in Glynco, GA.  Prior to being hired by the USMS, I was employed as a Federal Air Marshal for the Department of Homeland Security, Conducting Counter-Terrorism investigations and operations based domestically and internationally out of both New York City and Denver. Background Investigator for one year with the Office of Personnel Management conducting interview and records verification investigations to determine individuals eligibility for access to information up to the Top Secret-Sensitive Compartmented Information level.   Twelve years as a US Army Military Police conducting and supervising initial investigations of major crimes and full investigations of traffic offenses and misdemeanors. As a DUSM, I am responsible for investigating and apprehending federal fugitives.  I have been involved in numerous criminal, fugitive, and apprehension investigations.  As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America.

2.      On September 19, 2018, the United States District Court for the Western District of Missouri, in case number 4:18-CR-00176-DGK(1), sentenced Dominic Anderson upon his conviction for Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922(g)(1) and

924(a)(2) . The Court sentenced Anderson to the custody of the United States Bureau of Prisons

(BOP) for a term of imprisonment of 65 months, as reflected in the judgment order filed January

30th, 2019.  BOP is an authorized representative of the Attorney General, as set forth in Title 18,

United States Code, Section 751.

3.      The GEO Reentry Inc., on Brewer Place in Leavenworth, Kansas, is a residential

reentry center ("RRC") that provides transitional services for BOP inmates who are serving the

final part of their sentences.  BOP transferred Anderson to that RRC on November 16, 2022.

Anderson was scheduled to be released from the Bureau of Prisons (BOP) on August 5, 2023.

4.      On April 7, 2023, at approximately 3:15 pm resident ANDERSON, Dominic M.

#33404-045, walked out the front door and down the street. Staff ordered him to return to the

RRC, and he took off running and was not located. Escape procedures were initiated and

completed at 3:55 pm. The RRC notified the BOP RRMO at 3:55 pm. Anderson was placed on

escape status at 4:00 pm, on April 7, 2023. The USMS was notified at 4:05 pm.

Based on the foregoing, I respectfully submit there is probable cause to believe that

Dominic Anderson has violated Title 18, United States Code, Section 751(a) Escape from

Custody.

_____
Jason Pizza
Deputy United States Marshal

Sworn to and attested by affiant via telephone after being submitted to me by reliable

electronic means on April 21, 2023.

_____
HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge District of
Kansas

## PENALTIES:

Count 1: Escape from Custody, 18 U.S.C. 751(a)

- NMT 5 years imprisonment
- NMT $250,000 fine
- NMT 3 years S.R.
- $100 special assessment